STATE OF NEW JERSEY v. JOHN S. WISNIEWSKI.

March 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL CARABALLO.

March 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. NARASIMHA SAMPATH.

March 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DARYL HILL.

March 8, 1988.

Petition for certification denied.

H. AVERY RAFUSE v. BENNETT PUMP COMPANY.

March 8, 1988.

Petition for certification denied.